GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ditech Financial, LLC*
*f/k/a Green Tree Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE MARIE RYAN,<br><br>              Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; EQUIFAX INFORMATION SERVICES, LLC; and DITECH FINANCIAL LLC, dba GREEN TREE SERVICING, LLC,<br><br>              Defendants. | Case No. 2:16-cv-00615-JCM-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**<br><br>Action Filed:      March 18, 2016 |

Defendant Ditech Financial LLC ("Defendant" or "Ditech") and Plaintiff Darlene Marie Ryan ("Plaintiff" or "Ryan"), collectively referred to herein as the "Parties," hereby stipulate to the following:

1.     Plaintiff filed her Complaint For Damages Pursuant To The Fair Credit Reporting Act, 15 U.S.C. § 1681, Et Seq. ("Complaint") against Defendant on or around March 18, 2016.

2.     Defendant was served with the Complaint on March 23, 2016.

3.     Defendant's current deadline to respond to the Complaint is April 13, 2016.

4.     In order to provide Defendant with additional time to obtain necessary documents and information to analyze the merits of Plaintiff's claim and prepare and draft a responsive pleading to Plaintiff's Complaint, the Parties hereby agree to extend Defendant's deadline to file

a responsive pleading from April 13, 2016 to April 27, 2016.

5. Defendant's last day to file and serve a responsive pleading to the Complaint shall be April 27, 2016.

6. The stipulated extension will not prejudice any party, and its expected impact on judicial proceedings is not significant.

**IT IS SO STIPULATED.**

DATED this 5th day of April, 2016.

| HAINES & KRIEGER, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| */s/ David H. Krieger* | */s/ Gary E. Schnitzer* |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. |
| Las Vegas, NV 89123 | Las Vegas, NV 89123 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Ditech Financial, LLC*<br>*f/k/a Green Tree Servicing, LLC* |

**IT IS SO ORDERED.**

DATED this  6th  day of April, 2016.

_____
United States Magistrate Judge

2