David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Darlene M. Ryan*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Darlene M. Ryan, | Case No. 2:16-cv-00615-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CITIMORTGAGE, INC ONLY** |
| CITIMORTGAGE, INC; DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Darlene M. Ryan and CitiMortgage, Inc hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CitiMortgage, Inc**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:          September 8, 2016

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/ Andrew A. Bao, Esq.
Andrew A. Bao, Esq.
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119

*Attorney for Defendant CitiMortgage, Inc*

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2016
          _____