GARY E. SCHNITZER
Nevada Bar No. 395
KRAVITZ, SCHNITZER
& JOHNSON, CHTD.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Attorneys for Defendant,
Ditech Financial LLC fka
Green Tree Servicing LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE MARIE RYAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; EQUIFAX INFORMATION SERVICES, LLC; and DITECH FINANCIAL LLC, dba GREEN TREE SERVICING, LLC,<br><br>Defendants. | Case No. 2:16-cv-00615-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC ONLY**<br><br>Action Filed:   March 18, 2016 |

1  Plaintiff Darlene M. Ryan and Defendant Ditech Financial LLC fka Green
2  Tree Servicing LLC hereby stipulate and agree that the above-entitled action shall
3  be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and
4  ONLY as to, Ditech Financial LLC fka Green Tree Servicing LLC.  Each party shall
5  bear its own attorney's fees, prejudgment interest, and costs of suit.

7  Dated:          October 7, 2016

| /s/ David H. Krieger | /s/ Gary E. Schnitzer |
|---|---|
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| HAINES & KRIEGER LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| 8985 S. Eastern Avenue, Suite 350 | 8985 South Eastern Avenue, Suite 200 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89123 |
| Email: DavidKrieger@hainesandkrieger.com | Email: gschnitzer@ksjattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Ditech Finacial LLC f/k/a Green Tree Servicing LLC* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: October 12, 2016